E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
RAJESH SRINIVASAN (Cal. Bar No. 310510)
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7416
     Facsimile: (213) 894-6269
     Email:     Rajesh.Srinivasan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
8/11/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:22-MJ-3638 |
|---|---|
| Plaintiff, | MOTION TO UNSEAL MATTER OF DEFENDANT SHERI JEAN TANAKA'S INITIAL APPEARANCE AND ARRAIGNMENT |
| v. | |
| SHERI JEAN TANAKA, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and Assistant United States Attorney Rajesh Srinivasan, hereby files this motion to unseal case number 2:22-MJ-3638. This case consists of defendant Sheri Jean Tanaka's initial appearance in the Central District of California, on a First Superseding Indictment filed in the District of Hawaii, which has since been unsealed. Because there is no longer a compelling interest in keeping the instant matter under seal, the United States respectfully requests that this Court grant the motion and unseal the case.

This motion is made for the purpose of obtaining the transcript of the initial appearance, which is relevant to the ongoing criminal prosecution of defendant in the District of Hawaii.

## I. FACTUAL BACKGROUND

On September 8, 2022, a First Superseding Indictment was filed under seal in the District of Hawaii in case number 1:22-CR-48-JMS, alleging that defendant and others conspired to commit honest services fraud and federal program bribery, in violation of 18 U.S.C. § 371, and conspired to violate rights, in violation of 18 U.S.C. § 241. On September 13, 2022, all defendants other than defendant Tanaka were arraigned in the District of Hawaii, during which time the First Superseding Indictment was unsealed and made available to the public. See United States v. Kaneshiro, No. 1:22-CR-48-JMS, Dkt. No. 79 (D. Haw.).

On the same day, defendant made her initial appearance on the same First Superseding Indictment in the Central District of California before Magistrate Judge Charles F. Eick. Although defendant was arraigned on the First Superseding Indictment and released on a $50,000 bond, the criminal case in the Central District of California, No. 2:22-MJ-3638, was not unsealed.

## II. DISCUSSION

This Court should unseal the case because there is no longer a compelling interest against public access to the criminal proceedings involving defendant.

The law recognizes two rights of access to judicial proceedings and records. United States v. Bus. Of Custer Battlefield Museum & Store Located at Interstate 90, Exit 514, S. of Billings, Mont., 658 F.3d 1188, 1192 (9th Cir. 2011). First, there is a common law right

to "inspect and copy public records and documents, including judicial records and documents." Nixon v. Warner Comms. Inc., 435 U.S. 589, 597 (1978). Second, there is "a First Amendment right to access to criminal proceedings," as well as the documents therein. Press-Enterprise Co. v. Superior Court, 478 U.S. 1, 13 (1986). There is a presumption of public access that can be overcome only if a party demonstrates a "compelling reason" against access. Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

There are no compelling reasons to keep the instant matter under seal. The First Superseding Indictment has already been unsealed, defendant was arraigned on the charges and released on bond, and the public has the right to attend and access her criminal proceedings. In addition, the United States cannot obtain the transcript of defendant's initial appearance, which is relevant to her criminal case in the District of Hawaii, while this matter remains sealed in the Central District of California.

//
//
//

## III. CONCLUSION

For the reasons provided, the Court should unseal case number 2:22-MJ-3638, which consists of defendant's initial appearance and arraignment before Magistrate Judge Eick.

Dated: August 10, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ *Rajesh R. Srinivasan*
RAJESH SRINIVASAN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA